1   Anthony S. Petru, Esq., State Bar No. 91399
    petru@hmnlaw.com
2   Paula A. Rasmussen, Esq., State Bar No. 258352
    rasmussen@hmnlaw.com
3   HILDEBRAND, McLEOD & NELSON, LLP
    Westlake Building
4   350 Frank H. Ogawa Plaza, 4th Floor
    Oakland, CA  94612
5   TEL:   (510) 451-6732
    FAX:   (510) 465-7023
6

7   Attorneys for Plaintiffs
    JOEL MANGIARACINA & RANEE CHALOEICHEEP
8

9                UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

11

12  JOEL MANGIARACINA and RANEE          CASE NO. 3:16-cv-05270 EDL
    CHALOEICHEEP,                        *Contra Costa Co. Sup. Court No. C16-01453*
13                                       *Complaint Filed: 7/29/16*
            Plaintiffs,                  *Trial Date: N/A*
14
    v.                                   **[PROPOSED] ORDER GRANTING**
15                                       **PLAINTIFFS' MOTION TO**
    BNSF RAILWAY COMPANY, a              **REMAND**
16  corporation; NATIONAL RAILROAD
    PASSENGER CORPORATION dba            Date:        November 15, 2016
17  AMTRAK; CONTRA COSTA                 Time:        9:00 a.m.
    TRANSPORTATION AUTHORITY;            Crtrm:       E /15th Floor
18  CONTRA COSTA COUNTY; and DOES
    1 to 50, inclusive,                  Assigned to Hon. Elizabeth D. Laporte
19
20          Defendants.

21

22          PLEASE TAKE NOTICE that on November 15, 2016 at 9:00 a.m. in the above-

23  captioned court, this matter came on regularly for hearing regarding Plaintiffs' Motion to

24  Remand before the Honorable Elizabeth D. Laporte.  Upon reviewing moving, opposing, reply

25  papers and considering oral argument, and GOOD CAUSE APPEARING THEREFORE,

26  Plaintiffs' motion is GRANTED in its entirety.

27          IT IS SO ORDERED.

28  \\\

                                    1

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

1  \\\

2  DATED: _____          _____
                                            Honorable Elizabeth D. Laporte
3                                           MAGISTRATE JUDGE OF THE UNITED
                                            STATES DISTRICT COURT OF NORTHERN
4                                           CALIFORNIA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

3:16-cv-05270 EDL      Proposed Order Granting Plaintiffs' Motion to Remand