JACOB D. FLESHER, ESQ. – SBN 210565
JASON W. SCHAFF, ESQ. – SBN 244285
JEREMY J. SCHROEDER, ESQ. – SBN 223118
**FLESHER SCHAFF & SCHROEDER, INC.**
2202 Plaza Drive
Rocklin, CA 95765
Telephone:    (916) 672.6558
Facsimile:    (916) 672.6602

Attorneys for defendant,
NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK
and BNSF RAILWAY COMPANY

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| JOEL MANGIARACINA and RANEE CHALOEICHEEP,<br><br>              Plaintiffs,<br><br>     vs.<br><br>BNSF RAILWAY COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; CONTRA COSTA TRANSPORTATION AUTHORITY; CONTRA COSTA COUNTY; and, DOES 1 through 50, inclusive,<br><br>              Defendants. | **CASE NO. 16-CV-05270-JST**<br>*Contra Costa Co. Sup. Court Case No: C16-01453*<br>*Complaint filed: 7/29/16*<br>*Trial Date: 1/29/18*<br><br><br>**STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**<br><br><br><br><br>**Assigned to Judge Jon S. Tigar** |

The parties to the above action, by and through their respective attorneys, stipulate and agree as follows:

    **1.**    The Locomotive Digital Video Recording ("LDVR") of the subject incident, bearing production Bates No. [AMT (M) 000025], including the substance and content thereof, is considered confidential and sensitive information that is subject to the terms of this Confidentiality Agreement and Protective Order.

    **2.**    The LDVR is sensitive property of Amtrak. The transmission of production of the LDVR by Amtrak does not create any interest or right, intellectual or otherwise, in the LDVR and shall not result in any waiver by Amtrak of its property rights, intellectual or otherwise, or of the

developer, manufacturer, and/or distributor of the software.

3. Prior to producing the LDVR, or any part thereof, to any party to this lawsuit, Amtrak shall stamp it with the word "Confidential" or other similar language.

4. The LDVR may be used solely for the purpose of this litigation, Case No. 16-CV-05270-JST, and no other, subject to the terms of this agreement and order, for the preparation and trial of this case, or any related appellate proceeding, and not for any other purpose including any internet or media disclosure. The recipient of the LDVR will take all reasonable steps to assure that the LDVR is not improperly disseminated.

5. The LDVR may be disclosed only to the following persons:

   (a) Counsel for any party to this action who is a signatory to this Stipulation;

   (b) Paralegal and secretarial personnel employed by such counsel for any party;

   (c) Court reporters and court reporting staff engaged to transcribe depositions or trial regarding this action;

   (d) Experts or consultants retained in connection with this action who agree to abide by this protective order by signing, dating and delivering to counsel retaining such expert an "Acknowledgment of Recipient" in the form set forth below:


## ACKNOWLEDGMENT OF RECIPIENT

I, the undersigned, on behalf of myself, my employees, secretaries, assistants, staff and associates, hereby acknowledge that I have received a copy of the Locomotive Digital Video Recording (LDVR), produced in the case of "JOEL MANGIARACINA, *et al.* v. BNSF RAILWAY COMPANY, *et al.*" being Civil Action No. 16-CV-05270-JST in the United States District Court, Northern District of California; that such LDVR is subject to a Confidentiality Agreement and Protective Order entered by the Court in such lawsuit; that I have reviewed such Confidentiality Agreement and Protective Order and agree to its terms; that I will keep it and all copies and/or parts thereof strictly confidential as provided in such Confidentiality Agreement and Protective Order; and that I agree to comply strictly with all terms and conditions of such Confidentiality Agreement and Protective Order, a copy of which is attached hereto. I further agree to provide counsel for Amtrak a second copy of this form at the address provided below.

///

////

STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

6.     The LDVR will not be attached to a deposition transcript or filed with the Court except under seal, in accord with any and all applicable statutes or rules relating to filings under seal.

7.     Within 30 days after the termination of this lawsuit, including any appeals, by final judgment, settlement or otherwise, counsel of record for any party who received the LDVR from counsel of record for Amtrak shall retrieve all such LDVR and any electronic copies thereof that are in the possession of any other person or entity related to them, including their employees, consultants and expert witnesses, and shall return to counsel of record for Amtrak all copies of the LDVR.

8.     Nothing in this Confidentiality Agreement and Protective Order is intended to deny any party the right to an open and public trial of the issues in this lawsuit, and the Court will address use of the LDVR as evidence and/or additional protections of the LDVR, including sealing the evidence, if necessary, at time of trial.

9.     The Court shall have the power to issue any sanction it deems appropriate for a violation of the provisions of this Stipulate and the Order hereon.

**SO STIPULATED AND AGREED.**

DATED: April 21 , 2017                          **FLESHER SCHAFF & SCHROEDER, INC.**

By _____
JACOB D. FLESHER, ESQ.
JEREMY J. SCHROEDER, ESQ.
Attorneys for defendants,
AMTRAK and BNSF RAILWAY COMPANY

DATED: April 20 , 2017                          **HILDEBRAND MCLEOD & NELSON, LLP**

By _____
PAULA RASMUSSEN, ESQ.
ANTHONY S. PETRU, ESQ.
Attorneys for plaintiffs,
JOEL MANGIARACINA
RANEE CHALOEICHEEP

[SIGNATURES CONTINUED AND ORDER NEXT PAGE]

STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

DATED: April 20, 2017                    OFFICE OF THE COUNTY COUNSEL

                                         By _Monica R Cooper for_
                                            CHRISTOPHER B. WHITMAN, ESQ.
                                            Attorneys for defendant,
                                            CONTRA COSTA COUNTY


                                         ORDER

       The Court having considered this mater and having found that all parties have agreed to this
Confidentiality Agreement and Protective Order, hereby enters its order pursuant to the agreed upon
terms as set for above:

       SO ORDERED AND ADJUDGED.


DATE: April 26, 2017 _____


                                         _Jon S. Tigar_
                                         HON. JON S. TIGAR

STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER