Anthony S. Petru, Esq., State Bar No. 91399
petru@hmnlaw.com
Paula A. Rasmussen, Esq., State Bar No. 258352
rasmussen@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA  94612
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiffs
JOEL MANGIARACINA & RANEE CHALOEICHEEP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JOEL MANGIARACINA and RANEE CHALOEICHEEP,<br><br>        Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a corporation; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; CONTRA COSTA TRANSPORTATION AUTHORITY; CONTRA COSTA COUNTY; and DOES 1 to 50, inclusive,<br><br>        Defendants. | CASE NO. 3:16-cv-05270 JST<br>*Complaint Filed: 7/29/16*<br>*Trial Date: May 14, 2018*<br><br><br>**STIPULATION TO CONTINUE DEFENDANTS NATIONAL PASSENGER CORPORATION'S AND BNSF RAILWAY COMPANY'S MOTION TO JOIN NECESSARY PARTY**<br><br>Date:     July 13, 2017<br>Time:    2:00 p.m.<br>Crtrm:   9 / 19th Floor<br><br>Assigned to Hon. Jon S. Tigar |

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendants BNSF RAILWAY COMPANY ("BNSF"), NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), CONTRA COSTA COUNTY ("COUNTY") and Plaintiffs JOEL MANGIARACINA & RANEE CHALOEICHEEP ("PLAINTIFFS"), by and through their respective counsel, to continue the currently scheduled Motion to Join Necessary Party as Voluntary or Involuntary Plaintiff [ECF No. 61] currently set for July 13, 2017, to August 10, 2017.

Good cause exists to grant a continuance of Defendants' Motion to Join for the following reasons:

a. Counsel for Plaintiffs, Paula A. Rasmussen, will be engaged in an Administrative Law Judge Hearing in the matter of *Rothschild v. BNSF Railway Company*, Case No., 2017-FRS-00003 beginning July 11, 2017.

b. Counsel for Plaintiffs, Anthony S. Petru, will on a pre-planned vacation and out of town beginning July 13, 2017

b. No party will be prejudiced by the requested continuance.

c. All parties have met and conferred and stipulated to an advancement of the hearing date.

Based on the foregoing, the parties respectfully request that the Court accept this stipulation and issue an Order continuing AMTRAK'S and BNSF'S Motion to Join to August 10, 2017, or to a date agreeable to the Court's calendar thereafter.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1

The parties attest that concurrence in the filing of the foregoing document was obtained from each of the signatories below.

**IT IS SO STIPULATED**

DATED: June 14, 2017                    HILDEBRAND, McLEOD & NELSON, LLP.


By:    *Paula Rasmussen*
ANTHONY S. PETRU
PAULA RASMUSSN
Attorneys for Plaintiffs
JOEL MANGIARACINA & RANEE
CHALOEICHEEP

DATED: June 14, 2017                    FLESHER SCHAFF & SCHROEDER, INC.


By:    *Jeremy Schroeder*
JACOB D. FLESHER, ESQ. – SBN 210565
JASON W. SCHAFF, ESQ. – SBN 244285
JEREMY J. SCHROEDER, ESQ. – SBN 223118
Attorneys for defendant,
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and BNSF
RAILWAY COMPANY

DATED: June 14, 2017                    COUNTY OF CONTRA COSTA


By:    *Christopher Whitman*
SHARON L. ANDERSON (SBN 94814)
County Counsel
CHRISTOPHER B. WHITMAN (SBN 223636)
Deputy County Counsel
Attorneys for Defendant
CONTRA COSTA COUNTY

**(~~PROPOSED~~ ORDER)**

Having reviewed and considered the parties' Stipulation to Continue and good cause thereby appearing.

**IT IS HEREBY ORDERED** that Defendants' Motion to Join Necessary Party currently scheduled on July 13, 2017 is continued to August 10, 2017 at 2:00 p.m. in Courtroom 9.

DATED:  June 15, 2017

_____
Honorable Jon S. Tigar
United States District Judge

PARTIES' STIPULATION TO CONTINUE DEFENDANTS' MOTION TO JOIN
3:16-cv-05270 JT