United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MANGIARACINA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BNSF RAILWAY COMPANY, et al., <br><br> Defendants. | Case No.16-cv-05270-JST <br><br> **ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF** <br><br> Re: Dkt. No. 63 |

Third party Mackenzie Crane now moves for leave to file an amicus curiae brief in connection with Defendants' National Railroad Passenger Corporation dba Amtrak and BNSF Railway Company's Motion to Join Necessary Party. ECF No. 63; see also ECF No. 61 (Defendants' motion).

"The district court has broad discretion to appoint amici curiae." Hoptowit v. Ray, 682 F.2d 1237, 1260 (9th Cir. 1982), abrogated on other grounds by Sandin v. Conner, 515 U.S. 472 (1995). "Generally, courts have exercised great liberality in permitting an amicus curiae to file a brief in a pending case[.] . . . There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable to the court." In re Roxford Foods Litig., 790 F. Supp. 987, 997 (E.D. Cal. 1991) (quoting United States v. State of La., 751 F. Supp. 608, 620 (E.D. La. 1990)).

/ / /

/ / /

/ / /

/ / /

1  Defendants' motion seeks to join Ms. Crane as a party to this case, so she obviously has a
2  stake in the motion's outcome.  It stands to reason that the Court should allow her to express a
3  view as to its merits.  Accordingly, the Court will grant her motion to file an amicus curiae brief.
4  IT IS SO ORDERED.
5  Dated: July 26, 2017

_____
JON S. TIGAR
United States District Judge