SHARON L. ANDERSON (SBN 94814)
County Counsel
CHRISTOPHER B. WHITMAN (SBN 223636)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Email: christopher.whitman@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL MANGIARACINA and RANEE CHALOEICHEEP,<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a corporation; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; CONTRA COSTA TRANSPORTATION AUTHORITY; CONTRA COSTA COUNTY; and DOES 1 to 50, inclusive,<br><br>Defendants. | No. 3:16-cv-05270-JST<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DATE<br><br>Courtroom 9, 19th Floor<br>The Honorable Jon S. Tigar<br><br>Date Action Filed: July 29, 2016<br>Trial Date: May 14, 2018 |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs JOEL MANGIARACINA and RANEE CHALOEICHEEP ("Plaintiffs"), who are represented by Paula A. Rasmussen, Defendants BNSF RAILWAY COMPANY ("BNSF") and NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK ("Amtrak"), who are represented by Jeremy J. Schroeder, and Defendant CONTRA COSTA COUNTY (the "County"), who is represented by Christopher B. Whitman (collectively, "the parties"), that:

///

1     WHEREAS, in light of the discovery conducted to date in the instant matter, including unresolved issues with respect to coordinating depositions between the instant matter and *Crane v. Mangiaracina, et al.*, Contra Costa County Superior Court Case No. C16-01418, there is good cause to continue the date of the mediation in the instant matter, currently scheduled for September 11, 2017; and

    WHEREAS, the parties and the mediator, Craig Needham, have agreed to continue the mediation date and agreed on future availability dates.

    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT the mediation date be continued from September 11, 2017 to December 18, 2017.

DATE: August 30, 2017        HILDEBRAND, McLEOD & NELSON, LLP

By:   */s/ Paula A. Rasmussen*
      PAULA A. RASUMUSSEN
      Attorneys for Plaintiffs JOEL MANGIARACINA
      and RANEE CHALOEICHEEP

DATE: August 30, 2017        FLESHER SCHAFF & SCHROEDER, INC.

By:   */s/ Jeremy J. Schroeder*
      JEREMY J. SCHROEDER
      Attorneys for Defendants BNSF and Amtrak

DATE: August 30, 2017        SHARON L. ANDERSON, County Counsel

By:   */s/ Christopher B. Whitman*
      CHRISTOPHER B. WHITMAN
      Deputy County Counsel
      Attorneys for Defendant CONTRA COSTA
      COUNTY

///
///
///
///
///

**ATTORNEY ATTESTATION**

I hereby attest that I have authorization from all of the above-named counsel to E-file this statement, and this authority is reflected by the conformed signature ("/s/") within this E-filed document.

DATE: August 30, 2017          SHARON L. ANDERSON, County Counsel

By: _*/s/ Christopher B. Whitman*_
CHRISTOPHER B. WHITMAN
Deputy County Counsel
Attorneys for Defendant CONTRA COSTA COUNTY

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that there is good cause to continue the mediation date from September 11, 2017 to December 18, 2017.

DATE: September 1, 2017

JON S. TIGAR
United States District Court Judge