# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MANGIARACINA, ET AL.,<br>Plaintiffs,<br>v.<br>BNSF RAILWAY COMPANY, et al.,<br>Defendants. | Case No. 16-cv-05270-JST<br><br>**DISCOVERY LETTER BRIEF**<br>Re: ECF No. 77 |

The Court has received the parties' discovery letter brief, ECF No. 77, and now rules as follows:

### 1. Plaintiffs' Request for Additional Depositions

Plaintiffs will receive ten additional depositions, bringing the total number to twenty, provided that Plaintiffs identify the ten additional deponents by October 10, 2017. Plaintiffs need not propose dates for these depositions by October 10, 2017, but must provide Defendants with a list of the chosen deponents. Plaintiffs may request further depositions from the Court on a specific showing of need.

### 2. Plaintiffs' Request to Extend Fact Discovery Cut-Off Date

Plaintiffs request, and Defendants do not oppose, an extension of the fact discovery cut-off date. Plaintiffs having not provided the Court with a proposed date, fact discovery will be extended to the Defendants' proposed date, February 15, 2018. The parties are ordered to meet and confer regarding a proposed new trial date and submit either joint or competing proposals to the Court by October 10, 2017. Any proposal should include three potential trial dates to increase the likelihood that the Court is available on one of the dates proposed by the parties, and should also provide an estimate as to the number of days the trial is estimated to take.

**3. Plaintiffs' Request to Take Further Deposition of BNSF Employee Officer Gary Vernon**

Plaintiffs may take an additional one hour deposition of BNSF Employee Officer Gary Vernon. The parties are encouraged to schedule Officer Vernon's deposition in conjunction with another deposition in the case to use counsel's time efficiently.

IT IS SO ORDERED.

Dated: September 29, 2017



JON S. TIGAR
United States District Judge