JACOB D. FLESHER, ESQ. – SBN 210565
JASON W. SCHAFF, ESQ. – SBN 244285
JEREMY J. SCHROEDER, ESQ. – SBN 223118
**FLESHER SCHAFF & SCHROEDER, INC.**
2202 Plaza Drive
Rocklin, CA 95765
Telephone:   (916) 672.6558
Facsimile:    (916) 672.6602

Attorneys for defendant,
NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK
and BNSF RAILWAY COMPANY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| JOEL MANGIARACINA and RANEE CHALOEICHEEP,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; CONTRA COSTA TRANSPORTATION AUTHORITY; CONTRA COSTA COUNTY; and, DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO. 16-CV-05270-JST**<br>*Contra Costa Co. Sup. Court Case No: C16-01453*<br>*Complaint filed: 7/29/16*<br>*Trial Date: 10/22/18*<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER;** ~~PROPOSED~~ **ORDER**<br><br><br><br>**Assigned to Judge Jon S. Tigar** |

The parties to the above action, by and through their respective attorneys, stipulate and agree as follows:

**1.** Due to several changes made to the scheduling of deadlines and other dates in this case, the sequence and timing of discovery, mediation and dispositive motion practice are no longer in the sequence which the Court originally set and ordered in this case. As a result, expert discovery, mediation and dispositive motions practice are due to be completed <u>before</u> fact discovery is to be completed.

**2.** Accordingly, the parties have met and conferred on the scheduling of deadlines and cutoffs in this case, and based on their discussions request that the Court issue a new scheduling order

1
JOINT STIPULATION TO AMEND SCHEDULING ORDER

which restructures the dates to conform to the current trial date and the sequence of the original order (5/3/17 Scheduling Order – Doc. 60).

    **3.**    The parties respectfully request that the Court issue an order setting the following dates and deadlines {adjusted dates are in *italics*}:

| Event | Deadline |
|---|---|
| Mediation deadline | *March 31, 2018* |
| Fact discovery cut-off | February 15, 2018 |
| Expert disclosures | *June 8, 2018* |
| Expert rebuttal | *June 25, 2018* |
| Expert discovery cut-off | *July 29, 2018* |
| Deadline to file dispositive motions | *July 6, 2018* |
| Pretrial conference statement due | October 2, 2018 |
| Pretrial conference | October 12, 2018 at 2:00 p.m. |
| Trial | October 22, 2018 at 8:30 a.m. |
| Estimate of trial length (in days) | Eight |

**SO STIPULATED AND AGREED**.

DATED: October 20, 2017        **FLESHER SCHAFF & SCHROEDER, INC.**

By   /s/
JACOB D. FLESHER, ESQ.
JEREMY J. SCHROEDER, ESQ.
Attorneys for defendants,
AMTRAK and BNSF RAILWAY COMPANY

DATED: October 20, 2017        **HILDEBRAND McLEOD & NELSON, LLP**

By   /s/
PAULA RASMUSSEN, ESQ.
ANTHONY S. PETRU, ESQ.
Attorneys for plaintiffs,
JOEL MANGIARACINA
RANEE CHALOEICHEEP

2
JOINT STIPULATION TO AMEND SCHEDULING ORDER

DATED: October 20, 2017                     **OFFICE OF THE COUNTY COUNSEL**

By     /s/
    ―――――――――――――――
CHRISTOPHER B. WHITMAN, ESQ.
Attorneys for defendant,
CONTRA COSTA COUNTY

## ORDER

The Court, having considered this mater and finding good cause to amend the scheduling order, hereby sets the following amended case deadlines pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16-10:

| Event | Deadline |
|---|---|
| Mediation deadline | *March 31, 2018* |
| Fact discovery cut-off | February 15, 2018 |
| Expert disclosures | *June 8, 2018* |
| Expert rebuttal | *June 25, 2018* |
| Expert discovery cut-off | *July 29, 2018* |
| Deadline to file dispositive motions | *June 6, 2018* |
| Pretrial conference statement due | October 2, 2018 |
| Pretrial conference | October 12, 2018 at 2:00 p.m. |
| Trial | October 22, 2018 at 8:30 a.m. |
| Estimate of trial length (in days) | Eight |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuances are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussion as good cause to grant a continuance.

IT IS SO ORDERED.

DATE: October 23, 2017

JON S. TIGAR
United States District Judge