UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MANGIARACINA, ET AL., <br> Plaintiffs, <br> v. <br> BNSF RAILWAY COMPANY, et al., <br> Defendants. | Case No.16-cv-05270-JST (JSC) <br><br> **ORDER RE: DISCOVERY DISPUTE** <br> Re: Dkt. No. 87 |

This action has been referred to the undersigned magistrate judge for discovery. On December 14, 2017, the Court heard argument regarding the parties' joint discovery letter brief wherein Plaintiffs sought to compel additional discovery responses. (Dkt. No. 87.) For the reasons stated on the record, Defendants shall provide the following supplemental discovery responses: (1) on or before December 28, 2017, Defendant Contra Costa County shall produce the full file of photos Neil Leary discussed in his deposition; (2) on or before December 28, 2017, Defendants BNSF Railway ("BNSF") and the National Railroad Passenger Corporation dba Amtrak ("Amtrak"), shall supplement their responses to Plaintiff's Special Interrogatories regarding remedial measures taken after prior incidents; and (3) by December 18, 2017, Defendants BNSF and Amtrak shall provide the Court with documents responsive to Plaintiff's Request for the Production of Documents, Set 2, Nos. 39-41 for an *in camera* review.

**IT IS SO ORDERED.**

Dated: December 14, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge