UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MANGIARACINA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>BNSF RAILWAY COMPANY, et al.,<br><br>  Defendants. | Case No. 16-cv-05270-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 249 |

The parties have notified the Court that this case has settled.  ECF No. 249.  Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice.  The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 90 days of the date of this order.

**IT IS SO ORDERED**.

Dated:  March 15, 2022

_____
JON S. TIGAR
United States District Judge